FILED IN
5TH COURT OF APPEALS

2015 AUG 27 PM 1: 53

LISA MATZ, CLERK

No; 05-14-01371-CV

IN THE COURT OF APPEALS FOR THE

FIFTH  DISTRICT COURT OF TEXAS

KEITH WAGNOR APPELLANT

VS

DALLAS TEXAS ET AL APPELLEES

ON AN APPEAL FRON THE 298TH

DISTRICT COURT COURT OF

DALLAS COUNTY, TEXAS


APPELLANT'S 2ND MOTION FOR TIME

TO FILE HIS BRIEF


APPELLANT SHOWS THE FOLLOWING:

APPELLANT SHOWS HE CONTINUES TO SUFFER THE AFTER AFFECTS OF

HIS RECENT HEART ATTACK AND HAS BEEN WITHOUT RESOURCES TO

FILE HIS BRIEF,  HOWEVER  THE APPELLANT HAS NOW BEEN ABLE TO GO TO THE
LAW LIBRARY AND SHEPPARDISE THE NEW ISSUES RAISED IN THE APPELLES
BRIEF WHICH WAS FILED PRIOR TO THE FILING OF THE APPELLANT'S BRIEF.

APPELLANT WILL SHOW THAT MOST OF THE APPELLANTS INCLUDING THE APPELLANT'S MOTHER GERTRUDE WAGONER ARE DECEASED AND CAN NOT RESPOND TO THE ALLEGATIONS BROUGHT BY THE THE APPELLEES IN THEIR ORGINAL PETITION AND THEEFORE AS THE ONLY LIVING TRUE HEIR TO THE ESTATE THE APPELLANT MUST PROCEED PRO SE. APPELLANT FEELS IF GIVEN 20 ADDITIONAL DAYS TO PREPARE HIS BRIEF HIS CASE WILL PREVAIL BEFORE THIS COURT IN A TIMELY MANNER IN THE FUTURE.

APPELLANT'S APPEAL IS NECESSARY TO SAVE HIS MOTHER'S HOME WHICH WAS LEFT TO THE APPELLANT.

## PRAYER

APPELLANT PRAYS THIS COURT WILL GRANT HIM 20 DAYS TO FINISH PREPARING HIS BRIEF AND FILING IT WITH THE COURT.

RESPECTFULLY SUBMITTED

KEITH WAGONER PRO SE

APPELLANT

**CERTIFICATE OF SERVICE**

I CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING INSTRUEMENT WAS SERVED ON THE APPELLES BY U.S. MAIL AND FAX ON THIS 27TH DAY OF AUGUST 2015.

KEITH WAGONER PRO SE